IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SINGH,<br><br>    Plaintiff,<br><br>  v.<br><br>WACHOVIA MORTGAGE,<br><br>    Defendant.<br>_____ / | No. C 12-03406 JSW<br><br>**ORDER OF DISMISSAL** |

On September 10, 2012, the Court dismissed the complaint filed by Plaintiff Maria Singh ("Plaintiff"), but provided Plaintiff with leave to amend by October 5, 2012. Plaintiff was admonished that her failure to file an amended complaint with facts that are sufficient to show that tolling applies to her Truth in Lending Act ("TILA") claim, her only federal claim alleged, by October 5, 2012 would result in the dismissal of her TILA claim with prejudice. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses Plaintiff's TILA claim with prejudice. This Order is without prejudice to Plaintiff filing an action in state court to assert her state-law claims. The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 22, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>WACHOVIA MORTGAGE et al,<br><br>    Defendant.<br>_____/ | Case Number: CV12-03406 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Singh
1405 Alpine Drive
Pittsburg, CA 94565

Dated: January 22, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk